# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00772-RJC-DSC

| | |
|---|---|
| SHARON CHAMBLISS SHIPMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | )     **ORDER** |
| FUNDS MANAGEMENT BRANCH, et al., | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on a filing (document #19) from pro se Plaintiff in which she seeks "to proceed exparte [sic] and under seal."

Plaintiff cites no applicable authority in support of her request. Moreover, the Court is not aware of any case law, statute, Federal Rule of Civil Procedure, or Local Rule allowing her to proceed ex parte nor is sealing of this case warranted.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Motion (document #19) is **DENIED**.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff at 1001 East W.T. Harris Boulevard, Suite P104, Charlotte, North Carolina 28262, to defense counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 24, 2017

David S. Cayer
United States Magistrate Judge